| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Steven T. Lowe (122208)<br>Aleksandra Hilvert (258463)<br>8383 Wilshire Blvd., Ste 1038<br>Beverly Hills, CA 90211<br>(310) 477-5811<br>steven@lowelaw.com<br>aleksandra@lowelaw.com<br><br>ATTORNEY(S) FOR: William Collier | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William H. Collier<br><br>                                    Plaintiff(s),<br>v.<br>Adam McKay et al.<br><br>                                    Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____William H. Collier_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| William H. Collier | Plaintiff |
| Adam McKay | Defendant/Writer/Director |
| Netflix | Defendant/Distributor |
| David Sirota | Defendant/Co-Writer |
| Hyperobject Industries | Defendant/Producer |
| Bluegrass Films | Defendant/Producer |

December 5, 2023                              Steven T. Lowe
Date                                          Signature

Attorney of record for (or name of party appearing in pro per):

William H. Collier

CV-30 (05/13)                     **NOTICE OF INTERESTED PARTIES**