AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| William Collier<br><br>*Plaintiff(s)*<br><br>v.<br><br>ADAM MCKAY, an Individual;<br>NETFLIX, a Delaware corporation, DAVID<br>SIROTA, an Individual; HYPEROBJECT<br>INDUSTRIES, (see attachment #1)<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adam McKay
C/O William Morris Endeavors Entertainment
9601 Wilshire Blvd., Third Floor
Beverly Hills, California 90210

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven Lowe
Lowe & Associates
8383 Wilshire Blvd, Suite 1038
Beverly Hills, CA
90211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/05/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Steven T. Lowe SBN 122208
 steven@lowelaw.com
Aleksandra Hilvert SBN 258463
 aleksandra@lowelaw.com
Victoria Mulvey SBN 343220
 tori@lowelaw.com
**LOWE & ASSOCIATES, P.C.**
8383 Wilshire Blvd., Suite 1038
Beverly Hills, CA 90211
Telephone: (310) 477-5811

Attorneys for Plaintiff,
**WILLIAM COLLIER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM COLLIER**, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**ADAM MCKAY**, an Individual; **NETFLIX**, a Delaware corporation, **DAVID SIROTA**, an Individual; **HYPEROBJECT INDUSTRIES**, a Delaware limited liability company; **BLUEGRASS FILMS**, a Delaware limited liability company; and DOES 1-50, inclusive;<br><br>　　　　　Defendants. | CASE NO.<br><br>**COMPLAINT FOR:**<br><br>　1. **COPYRIGHT INFRINGEMENT (FILM); AND**<br>　2. **BREACH OF IMPLIED-IN-FACT AGREEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WILLIAM COLLIER v. ADAM MCKAY, et al.

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**
**Adam McKay**
William Morris Endeavors Entertainment
9601 Wilshire Blvd., Third Floor
Beverly Hills, California 90210
(310) 285-9000

**Netflix**
5808 Sunset Blvd
Los Angeles, California 90028
(877) 742- 1335

**David Sirota**
dsirota@davidsirota.com

**Hyperobject Industries**
1041 N Formosa Ave.,
Formosa South Building
West Hollywood, California 90046

**Bluegrass Films**
100 Universal City Plaza, Bungalow 4171
Universal City, California 91608