# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM H COLLIER | CASE NUMBER: |
| PLAINTIFF(S) | 2:23−cv−10227−SPG−DFM |
| v. | |
| NETFLIX , et al. | |
| DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|  |  |  |
|---|---|---|
| 12/6/2023 | 4 | Request for Summons |
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The date and signature line must be left blank.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: December 7, 2023

By: /s/ *Shaunte M Hunter*
*shaunte_hunter@cacd.uscourts.gov*
Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –