# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COLLIER<br><br>Plaintiff(s),<br><br>ADAM MCKAY, an individual; NETFLIX, a Delaware Corporation; DAVID SIROTA, an individual; HYPEROBJECT INDUSTRIES, a Delaware Limited Liability Company; BLUEGRASS FILMS, a Delaware<br>Defendant(s). | CASE NUMBER<br>2:23-cv-10227 SPG (DFMx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) _____
Bluegrass Films, a Delaware Limited Liability Company
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by   Plaintiff William Collier  .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

Jan. 19 2024
*Date*

*[signature]*
*Signature of Attorney/Party*

NOTE: **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**