# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COLLIER, an Individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAM MCKAY, an Individual; NETFLIX, INC. a Delaware corporation, DAVID SIROTA, an Individual; HYPEROBJECT PRODUCTIONS, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. 2:23-cv-10227-SPG-DFM<br><br>**ORDER GRANTING JOINT STIPULATION OF BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF NO. 27]** |

# ORDER

On April 12, 2024, the Parties filed a Joint Stipulation (the "Stipulation") of Briefing Schedule for the Motion (the "Motion") of Defendants Adam McKay, Netflix, Inc., David Sirota, and Hyperobject Productions (collectively, "Defendants"), to Dismiss the First Amended Complaint (ECF No. 26), and good cause appearing therefor, the Court hereby approves the Joint Stipulation and orders as follows:

1. Defendants will file the Motion on or before **May 13, 2024**;
2. The deadline for Plaintiff William Collier to file an opposition to the Motion is **June 12, 2024**;
3. The deadline for Defendants to file a reply in support of the Motion is **June 28, 2024**; and
4. The hearing on the Motion will be held on **July 17, 2024**, at 1:30 p.m. (or thereafter based upon the Court's availability).

**IT IS SO ORDERED.**

Dated: April 17, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE