UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-10227-SPG-DFM | JS-6 | Date  December 13, 2024 |
| Title | COLLIER v. MCKAY et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER OF DISMISSAL (JS-6)

On November 14, 2024, the Court issued an order dismissing Plaintiff William H. Collier's ("Plaintiff") complaint with leave to amend. (ECF No. 39 ("Order")). The Order provided Plaintiff with twenty-one (21) calendar days in which to file an amended complaint and noted that failure to do so would result in the action being dismissed without prejudice. (*Id.* at 18–19).

On December 5, 2024, the day any amended complaint was due to be filed, Plaintiff filed the Notice of Intent Not to File a Second Amended Complaint. (ECF No. 40 ("Notice")). Plaintiff wishes to seek appellate review of the Order and requests the Court enter an appealable order; *i.e.*, dismiss the case with prejudice, rather than without. (*Id.* at 2).

Consistent with the Order and Plaintiff's request in the Notice, the Court hereby DISMISSES this action, with prejudice. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

                                                                                                                                      : 

Initials of Preparer  pg