1  ROBERT H. ROTSTEIN (SBN 72452)
   rxr@msk.com
2  EMILY F. EVITT (SBN 261491)
   efe@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
4  Los Angeles, CA 90067-3120
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  *Attorneys for Defendants Adam McKay,
   Netflix, Inc., David Sirota, and Hyperobject
7  Productions*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM COLLIER, an Individual, | CASE NO. 2:23-cv-10227-SPG-DFM |
|---|---|
| Plaintiff, | Hon. Sherilyn Peace Garnett |
| v. | **DEFENDANTS' NOTICE OF WITHDRAWAL AND TAKING OFF CALENDAR OF MOTION FOR ATTORNEY'S FEES PURSUANT TO 17 U.S.C. § 505** |
| ADAM MCKAY, an Individual; NETFLIX, a Delaware corporation, DAVID SIROTA, an Individual; HYPEROBJECT PRODUCTIONS, a Delaware limited liability company; and DOES 1-50, inclusive, | |
| Defendants. | Date:     March 12, 2025<br>Time:     1:30 p.m.<br>Location: Courtroom 5C |
| | Filing Date: December 6, 2023 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Netflix, Inc., Adam McKay, David Sirota, and Hyperobject Productions hereby withdraw and take off calendar their Motion for Attorney's Fees Pursuant to 17 U.S.C. § 505 against Plaintiff William Collier (ECF 47), which was filed on January 22, 2025, and set for hearing on March 12, 2025, at 1:30 p.m., before the Honorable Sherilyn Peace Garnett.

DATED: February 4, 2025

ROBERT H. ROTSTEIN
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Emily F. Evitt
Emily F. Evitt
*Attorneys for Defendants Adam McKay, Netflix, Inc., David Sirota, and Hyperobject Productions*